IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


EUGENE JACKSON,

                    Plaintiff,

          v.                         CASE NO.  07-3185-SAC

DAVID R. MCKUNE,
et al.,

                    Defendants.

## O R D E R

     This civil rights complaint was filed by a state prisoner
pursuant to 42 U.S.C. § 1983.  On August 27, 2007, this court
entered an Order granting plaintiff thirty days in which to submit
an initial partial filing fee of $32.50, and to allege additional
facts in support of his claims or show cause why this action should
not be dismissed for reasons stated in the Order.  The time for
submitting the initial partial filing fee assessed by the court or
an objection to the fee, and for otherwise complying with the
court's Order has expired with nothing submitted or filed by
plaintiff.  As a result, the court finds that this action must be
dismissed on account of plaintiff's failure to pay the assessed
initial partial filing fee and to show cause why this action should
not be dismissed.

     **IT IS THEREFORE ORDERED** that this action is dismissed, without
prejudice.

     **IT IS FURTHER ORDERED** that plaintiff's Motion for Leave to
Proceed in forma pauperis (Doc. 2) is denied as moot.

     **IT IS SO ORDERED**.

Dated this 12th day of October, 2007, at Topeka, Kansas.




                                        s/Sam A. Crow
                                        U. S. Senior District Judge